

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00569-CR

Edward **HOUSTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 458914
Honorable John Longoria, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed:  December 16, 2015

DISMISSED FOR WANT OF JURISDICTION

The clerk's record shows that on June 26, 2014 an information was filed charging appellant with the misdemeanor offense of driving while intoxicated on or about May 8, 2014. The State subsequently filed a motion to dismiss the information stating that it was unable to prove the offense beyond a reasonable doubt. The trial court granted the State's motion to dismiss, and dismissed the case on August 31, 2015. Appellant filed a pro se notice of appeal on September 4, 2015. There being no judgment of conviction or other appealable order in this case, and no trial court certification of right to appeal, appellant was ordered to show cause why this appeal should

not be dismissed for want of jurisdiction.  Tex. R. App. P. 25.2(a)(2).  Appellant did not respond.

Accordingly, this appeal is dismissed for want of jurisdiction.  Tex. R. App. P. 25.2(a)(2), (d).

PER CURIAM

DO NOT PUBLISH